Jennifer Gayle LEAHY, Petitioner–
Appellant,

v.

Teena FARMON, Warden,
Respondent–Appellee.

No. 01–17467.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 13, 2005.

Filed Sept. 11, 2006.

Jennifer Gayle Leahy, Chowchilla, CA,
pro se.

Michael E. Banister, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: SCHROEDER, Chief Judge, KOZINSKI, O'SCANNLAIN, RYMER, KLEINFELD, WARDLAW, PAEZ, BERZON, BYBEE, CALLAHAN, and BEA, Circuit Judges.

MEMORANDUM *

Jennifer Leahy appeals from denial of her petition pursuant to 28 U.S.C. § 2254 for a writ of habeas corpus. We reverse for reasons stated in *Kesser v. Cambra*, 465 F.3d 351 (9th Cir.2006), filed together with this disposition.

REVERSED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.